[Criminal No. 724. Filed December 1, 1930.]

[292 Pac. 1117.]

## CLAD REIDHEAD, Appellant, v. STATE, Respondent.

Mr. W. E. Ferguson and Mr. M. V. Gibbons, for Appellant.

Mr. K. Berry Peterson, Attorney General, for the State.

[Criminal No. 725. Filed December 1, 1930.]

[292 Pac. 1117.]

## CLAD REIDHEAD, Appellant, v. STATE, Respondent.

Mr. M. V. Gibbons, for Appellant.

Mr. K. Berry Peterson, Attorney General, for the State.

PER CURIAM.—Defendant was convicted of the crime of grand larceny and has appealed to this court. No brief has been filed on his behalf, but we have examined the record for fundamental error. The information charges the offense of grand larceny, and the verdict of the jury found the defendant guilty thereof. The minutes show that the proceedings were in all respects regular, and no error of law appears on the face of the record.

The judgment is therefore affirmed.